DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA (NY SBN: 5641352)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 305-7548
Fax:         (202) 307-0054
E-mail:      Christian.Mejia@usdoj.gov

*Counsel for the United States of America*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Shahin Behravesh Koegler,<br><br>    Defendant. | Case No.: 24-cv-03502-JSW<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' SECOND MOTION TO EXTEND TIME TO SERVE DEFENDANT<br>AS MODIFIED |

On December 6, 2024, the United States filed a motion to extend its time to serve Shahin Behravesh Koegler. ECF No. 10. In consideration of this motion, and for good cause shown, the Court hereby GRANTS this motion and ORDERS that the United States shall serve defendant and/or the defendant's estate on or by March 8, 2025.

Dated:  December 6, 2024

_____
Hon. Jeffrey Steven White
UNITED STATES DISTRICT SENIOR JUDGE

[PROPOSED] Order                                1